UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| MICHAEL TABANGO | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 4:25-cv-25-GSL-AZ |
| | ) | |
| BOARD OF TRUSTEES OF PURDUE | ) | |
| UNIVERSITY; NEERA JAIN | ) | |
|     Defendant. | ) | |

### ORDER AND NOTICE OF RULE 16 PRELIMINARY PRETRIAL CONFERENCE

In accordance with Federal Rule of Civil Procedure 16, this case is now set for a Preliminary Pretrial Conference before Magistrate Judge Abizer Zanzi **on 9/2/2025, at 9:30 am Central Time**. This conference will be held telephonically unless the parties request to appear in person. **Parties are instructed to call 833-568-8864 and enter Meeting ID 161 2255 6691#, Participant ID Passcode 252788#.** Parties are requested to dial in at least five minutes in advance of the conference start time.

Prior to the conference, the parties are expected to familiarize themselves with Magistrate Judge Zanzi's policies and procedures for civil cases as outlined under the "Civil" tab in on his website, www.innd.uscourts.gov/content/magistrate-judge-abizer-zanzi.

At the conference, counsel shall be prepared to address their proposed Discovery Plan under Federal Rule of Civil Procedure 26(f), which **must be filed no later than five (5) business days prior to the pretrial conference.** Counsel are directed to "Civil" tab in Magistrate Judge Zanzi's website for a suitable and

downloadable form of report and discovery plan ("Report of Parties' Planning Meeting"). Failure to timely file the report and proposed discovery plan may result in the imposition of sanctions in accordance with Rule 16(f). The Court will address those topics listed in Rule 16(b) and (c). At the conference, it is anticipated that the Court will approve or modify the Report of Parties' Planning Meeting and issue a scheduling order setting appropriate case management deadlines.

    ENTERED this 30th day of June 2025.

                                        /s/ Abizer Zanzi
                                        MAGISTRATE JUDGE ABIZER ZANZI
                                        UNITED STATES DISTRICT COURT