UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

MICHAEL TABANGO,

    Plaintiff,

    v.

BOARD OF TRUSTEES OF PURDUE
UNIVERSITY and NEERA JAIN,

    Defendants.

Case No. 4:25-CV-25-GSL-AZ

## OPINION AND ORDER

This matter is before the Court on Defendants' Motion to Dismiss [DE 20] filed on July 3, 2025. In Plaintiff's response [DE 22], he asks for leave to file an amended complaint. In Defendants' reply, they note that Plaintiff could amend his complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B) and ask the Court to allow the amended complaint, deny as moot their motion to dismiss, and grant Defendants 14 days from the date of service of the complaint to file a responsive pleading.

Noting the parties' agreement that the amended complaint should be allowed, the Court **GRANTS** the relief requested in the Opposition to Defendant's Motion to Dismiss and Motion for Leave to Amend Complaint and Motion to Amend Caption [DE 22] and **ORDERS** Plaintiff to file his amended complaint upon receipt of this order. The Court **DENIES as moot** Defendants' Motion to Dismiss [DE 20].

Defendants' responsive pleading shall be due within 14 days of the filing of the amended complaint.

SO ORDERED.

ENTERED: August 21, 2025

/s/GRETCHEN S. LUND  
Judge  
United States District Court